UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS TERRELL FLEMING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS MOORE, M.D.,<br><br>　　　　Defendant. | 1:24-cv-000083-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED I*N FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971). (ECF No. 1). Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk's Office shall send to Plaintiff the form for application to proceed *in forma pauperis*.

　　　　2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action.

\\\
\\\
\\\
\\\

1

1  **Failure to comply with this order will result in dismissal of this action.**

2

3  IT IS SO ORDERED.

4  Dated:   **January 19, 2024**          /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE
5